```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
KIM THEODORE,                                                       :
                                                                    :
                                        Plaintiff,                  :    1:22-cv-6650-GHW
                                                                    :
                -against-                                           :       ORDER
                                                                    :
SMART REALTY, LLC and THIS AND THAT                                 :
PATISSERIE INC,                                                     :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2023

GREGORY H. WOODS, District Judge:

On January 30, 2023, the Court scheduled an initial pretrial conference for March 27, 2023. Dkt. No. 26. In the initial order scheduling this conference, the Court stated that the conference would be conducted by telephone and provided instructions to access the conference. On March 27, 2023 at the appointed time, the Court and Plaintiff's counsel appeared, but Defendants' counsel failed to appear. Accordingly, the initial pretrial conference scheduled for March 27, 2023 will take place on April 17, 2023 at 2:30 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: April 12, 2023
New York, New York

GREGORY H. WOODS
United States District Judge