# PARKER HANSKI LLC
40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

October 7, 2023

<u>Via ECF</u>
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District Court of New York
500 Pearl Street
New York, New York 10007

Re:   *Notice of Settlement and Request to Adjourn the October 10, 2023 Settlement Conference*
<u>*Theodore v. Smart Realty, LLC and This And That Patisserie Inc; 1:22-cv-06650 (GHW)(SDA)*</u>

Dear Judge Aaron:

      We represent the plaintiff in the above-entitled action. Together with counsel for defendants Smart Realty, LLC and This And That Patisserie Inc, we write to notify the Court that the parties have reached a settlement in principle of this action and will now draft a written agreement to memorialize their settlement. The parties anticipate finalizing a written agreement within the next 30 days.

      Given the settlement, the parties respectfully ask the Court to adjourn the October 10, 2023 *sine die*, or to a date that is 30 days after October 10, 2023. The parties' respectfully request that the Court adjourn, as opposed to cancel, the settlement conference as in the unlikely event a dispute arises with documenting the settlement, the parties can request the Court's assistance in resolving the dispute.

      Thank you for your time and attention to this matter.

Respectfully yours,

/s/
Adam S. Hanski